IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
**COLUMBIA** DIVISION

| | | |
|---|---|---|
| In re: SCANA Corporation Public Shareholder Litigation | ) ) ) ) ) ) ) ) ) ) | CA **3:18-505-MBS**<br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____        We agree that the schedule set forth in the Conference and Scheduling Order filed **July 22, 2020** is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

\_\_\_**X**\_\_\_        We agree that the schedule set forth in the Conference and Scheduling Order filed **July 22, 2020** requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard scheduling order attached hereto). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

_____        We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

*s/ Daniel J. Ballou*

MORTON & GETTYS
DANIEL J. BALLOU (SC Federal Bar No. 6125)
Fountain Park Place
331 E Main Street, Suite 300
Rock Hill, SC  29731
Telephone:  803/366-3388
803/366-4044 (fax)
dan.ballou@mortongettys.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID T. WISSBROECKER
ESTHER LEE BYLSMA
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dwissbroecker@rgrdlaw.com
elee@rgrdlaw.com

BRAGAR EAGEL & SQUIRE, P.C.
LAWRENCE P. EAGEL
MELISSA A. FORTUNATO
W. SCOTT HOLLEMAN
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:  212/308-5858
212/486-0462 (fax)
eagel@bespc.com
fortunato@bespc.com
holleman@bespc.com

STURMAN LLC
DEBORAH STURMAN
600 Third Avenue, Suite 2101
New York, NY  10016
212/367-7017
sturman@sturman.ch

CHAPPELL SMITH & ARDEN, P.A.
MARK D. CHAPPELL
GRAHAM L. NEWMAN
2801 Devine Street, Suite 300
Columbia, SC 29205
Telephone:  803/929-3600
803/929-3604
mchappell@csa-law.com
gneman@csa-law.com

Attorneys for Lead Plaintiffs

| | |
|---|---|
| *s/ William A. Coates* | *s/ William W. Wilkins* |
| William A. Coates | Andrew A. Mathias |
| Roe Cassidy Coates & Price P.A. | William W. Wilkins |
| 1052 North Church Street | Nexsen Pruet, LLC |
| Post Office Box 10529 | 55 E. Camperdown Way |
| Greenville, South Carolina 29603 | Suite 400 |
| Tel: 864-349-2600 | P.O. Box 10648 |
| Fax: 864-349-0303 | Greenville, South Carolina 29603-0648 |
| wac@roecassidy.com | Tel: 864-370-2211 |
| | Fax: 864.282.1177 |
| John A. Jordak, Jr. (*pro hac vice*) | amathias@nexsenpruet.com |
| Meredith J. Kingsley (*pro hac vice*) | bwilkins@nexsenpruet.com |
| Alston & Bird | |
| 1201 West Peachtree Street | IS Leevy Johnson |
| Atlanta, Georgia 30309 | George Craig Johnson |
| Tel:  404-881-7000 | Johnson Toal and Battiste |
| Fax:  404-881-7777 | P.O. Box 1431 |
| john.jordak@alston.com | Columbia, South Carolina 29202 |
| meredith.kingsley@alston.com | Tel: 803-252-9700 |
| | Fax: 803-252-9102 |
| **Counsel for Defendant Jimmy Addison** | islj@jtbpa.com |
| | george@jtbpa.com |
| | |
| | Brian E. Pumphrey (*pro hac vice*) |
| | Brian D. Schmalzbach (*pro hac vice*) |
| | Garrett H. Hooe (*pro hac vice*) |
| | McGuireWoods LLP |
| | Gateway Plaza |
| | 800 East Canal Street |
| | Richmond, Virginia 23219 |
| | Tel: 804-775-7745 |
| | Fax: 804-698-2018 |
| | bpumphrey@mcguirewoods.com |
| | bschmalzbach@mcguirewoods.com |
| | ghooe@mcguirewoods.com |
| | |
| | C. Scott Greene (*pro hac vice*) |
| | Michael P. Carey (*pro hac vice*) |
| | John Bielema (*pro hac vice*) |
| | Bryan Cave Leighton Paisner LLP |
| | 1201 W Peachtree Street NW |
| | 14th Floor |
| | Atlanta, GA 30309 |
| | Tel: 404-572-6600 |
| | Fax: 404-572-6999 |
| | scott.greene@bclplaw.com |
| | michael.carey@bclplaw.com |
| | |
| | Barbara A. Smith (*pro hac vice*) |

Bryan Cave Leighton Paisner LLP
211 N Broadway
Suite 3600
St Louis, MO 63102
Tel: 314-259-2367
Fax: 314-259-2020
barbara.smith@bclplaw.com

***Counsel for Defendants Gregory E. Aliff, James A. Bennett, John F.A.V. Cecil, Sharon A. Decker, D. Maybank Hagood, Lynne M. Miller, James W. Roquemore, Maceo K. Sloan and Alfredo Trujillo***

DATED:  August 25, 2020