UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| In re SCANA CORPORATION PUBLIC SHAREHOLDER LITIGATION | ) ) ) ) ) ) ) ) ) | Civil Action No. 3:18-cv-00505-MBS<br><br>LEAD PLAINTIFFS' MOTION TO ADD KEVIN MARSH AND STEPHEN A. BYRNE AS DEFENDANTS IN THIS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

Lead Plaintiffs City of Warren Police and Fire Retirement System ("Warren") and Metzler Asset Management GmbH ("Metzler," together with Warren, "Lead Plaintiffs"), hereby move this Court for an Order, pursuant to Rule 21 of the Federal Rules of Civil Procedure, adding Kevin Marsh and Stephen A. Byrne as defendants to this action.

In support of this motion, Lead Plaintiffs submit the accompanying Memorandum of Law and declaration in support.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.02

Pursuant to Local Rule 7.02, counsel for Lead Plaintiffs certify that, prior to filing the foregoing motion, they conferred with Defendants' counsel and attempted in good faith to resolve the matter contained in the Motion. However, the parties were unable to resolve this matter absent Court intervention.

S/ DANIEL J. BALLOU
MORTON & GETTYS
DANIEL J. BALLOU (SC Federal Bar No. 6125)
Fountain Park Place
331 E Main Street, Suite 300
Rock Hill, SC  29731
Telephone:  803/366-3388
803/366-4044 (fax)
dan.ballou@mortongettys.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dwissbroecker@rgrdlaw.com

- 1 -

- 2 -

                BRAGAR EAGEL & SQUIRE, P.C.
                LAWRENCE P. EAGEL
                MELISSA A. FORTUNATO
                810 Seventh Avenue, Suite 620
                New York, NY  10019
                Telephone:  212/308-5858
                212/486-0462 (fax)
                eagel@bespc.com
                fortunato@bespc.com

                CHAPPELL SMITH & ARDEN, P.A.
                MARK D. CHAPPELL
                GRAHAM L. NEWMAN
                2801 Devine Street, Suite 300
                Columbia, SC 29205
                Telephone:  803/929-3600
                803/929-3604
                mchappell@csa-law.com
                gneman@csa-law.com

                Attorneys for Plaintiff

DATED:  May 5, 2021

- 2 -