# EXHIBIT E

Maybank Haygood email and attachment, dated November 30, 2016, SCDOJ_01535054-074 (Hagood Ex. 3)

[Submitted for *In Camera* Review Pursuant to Order Dated October 29, 2020. ECF 143]