# EXHIBIT H

Salena Mulliken email, dated October 31, 2017, SCANA03_00047529-532

[Submitted for *In Camera* Review Pursuant to Order Dated October 29, 2020. ECF 143]