UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| In re SCANA CORPORATION PUBLIC SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Civil Action No. 3:18-cv-00505-MBS<br><br>DECLARATION OF DANIEL J. BALLOU IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO ADD KEVIN MARSH AND STEPHEN A. BYRNE AS DEFENDANTS IN THIS ACTION |

I, DANIEL J. BALLOU, hereby declare as follows:

I am an attorney at law, licensed to practice in the State of South Carolina. I am an attorney with Morton & Gettys, LLC one of the counsel of record for plaintiffs in the above-entitled action. I make this declaration in support of Lead Plaintiffs' Motion to Add Kevin Marsh and Stephen A. Byrne as Defendants in this Action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached, or filed separately for *in camera* review, are a true and correct copies of the following exhibits:

Exhibit A:   Jim Stucky email and attachment, dated October 6, 2017, ROQUEMORE_SCANABOD_00002658-676 (Hagood Ex. 1) [Submitted for *in camera* review];

Exhibit B:   Maybank Haygood Deposition Transcript excerpts, dated April 7, 2021;

Exhibit C:   *United States v. Marsh*, No. 3:20-CR-00727, Change of Plea Hearing Transcript (D.S.C. Feb. 24, 2021);

Exhibit D:   Greg Aliff email, dated December 1, 2016, ALIFF_SCANABOD_00000667 (Hagood Ex. 2) [Submitted for *in camera* review];

4846-1785-3415.v1

- 2 -

Exhibit E:    Maybank Haygood email and attachment, dated November 30, 2016, SCDOJ_01535054-074 (Hagood Ex. 3) [Submitted for *in camera* review];

Exhibit F:    Gregory E. Aliff Deposition Transcript excerpts, dated April 2, 2021;

Exhibit G:    Jack Cecil email, dated March 14, 2017, CECIL_SCANABOD_00003390 (Hagood Ex. 9) [Submitted for *in camera* review];

Exhibit H:    Salena Mulliken email, dated October 31, 2017, SCANA03_00047529-532 [Submitted for *in camera* review];

Exhibit I:    *United States v. Byrne*, No. 3:20-335, ECF No. 1 (D.S.C. June 8, 2020); and

Exhibit J:    *United States v. Marsh*, No. 3:20-727, ECF No. 1 (D.S.C. Nov. 24, 2020).

I declare under penalty of perjury under the laws of the State of South Carolina that the foregoing is true and correct. Executed this 5th day of May, 2021, at Rock Hill, South Carolina.

_____
DANIEL J. BALLOU